**Order entered August 3, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00345-CV

### JOSEPH MIKE FLOWERS, JEFF STOVER, FRANK REVARD, AND RONALD ABNEY, Appellants

### V.

### ZBR HOLDINGS, LLC, RIVERINE INVESTMENTS, LLC, AND JOHN ZERWECK, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11810**

## ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court case number DC-13-11810 (44th Judicial District Court of Dallas County, Texas), containing the following documents:

- The affidavits of Mike Flowers, Jeff Stover, Frank Revard, and Ron Abney, filed on or about April 22, 2016.

- The four trust receipts signed on or about April 25, 2016, regarding Mike Flowers's, Jeff Stover's, Frank Revard's, and Ron Abney's cash bond deposits.

The clerk shall file the supplemental clerk's record **within 7 days** from the date of this Order.

We **DIRECT** the clerk of this Court to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and counsel for all parties.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE